UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9946-GW (ASx) | Date | November 9, 2016 |
|---|---|---|---|
| Title | *Nichole Browning v. Unitedhealthcare* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 8, 2016, Defendant UnitedHealthcare Service LLC filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for December 8, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 7, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   KSS