JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BROWNING, | Case No.:   CV 15-9946-GW(ASx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | ORDER DISMISSING ACTION |
| UNITED HEALTHCARE, a corporation; DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the Parties' stipulation to dismiss and pursuant to FRCP 41(a)(1) this action is hereby dismissed with prejudice.

Dated: December 8, 2016

_George H. Wu_
GEORGE H. WU,
U.S. District Judge

- 1 -

2:15-CV-09946-GW(ASX)
[Proposed] Order